CADDEN & FULLER LLP
Ignacio J. Lazo, Bar No. 105945
Email: ilazo@caddenfuller.com
Nathaniel J. Tarvin, Bar No. 251094
Email: ntarvin@caddenfuller.com
114 Pacifica, Suite 450
Irvine, California  92618
Telephone: (949) 788-0827
Facsimile:   (949) 450-0650


Attorneys for Defendant,
TALL TREE ADMINISTRATORS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA TURNBOW, an individual, | CASE NO. 2:09-cv-02288-MCE-EFB |
| Plaintiff, | **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON DEFENDANT TALL TREE ADMINISTRATORS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| vs. | |
| TALL TREE ADMINISTRATORS LLC, a Utah limited liability company; and DOES 1 - 100, inclusive, | **Date:      February 12, 2010** <br> **Time:     2:00 p.m.** <br> **Dept:     7** |
| Defendants. | **Complaint Filed: June 26, 2009** <br> **Removed:          August 19, 2009** |

Having reviewed Defendant Tall Tree Administrators LLC's Request For Telephonic

Appearance For Hearing On Defendant Tall Tree Administrators' Motion To Dismiss Pursuant To

Rule 12(b)(6) (the "Request"), and good cause appearing therefor, it is hereby:

/ / /

/ / /

/ / /

/ / /

/ / /

1     **ORDERED, ADJUDGED, AND DECREED** as follows:

2          The Request is granted.  Attorney Nathaniel J. Tarvin of the law firm of Cadden & Fuller LLP

3     may telephonically appear on behalf of Defendant Tall Tree Administrators LLC at the hearing on Tall

4     Tree Administrators LLC's Motion to Dismiss at the time and date listed above.  The Court will

5     contact Mr. Tarvin at (949) 788-0827 at the time of the hearing.

6

7      Dated:  February 3, 2010

8
                                          _____
9                                         MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28